court, either were covered sufficiently by the instructions given, or else incorrectly stated the law either in whole or in part. It is not incumbent upon the trial court, in case an instruction is requested which is partly correct and partly incorrect, to separate the sheep from the goats. *Strickland* v. *State,* 37 Ariz. 368, 294 Pac. 617; *Rain* v. *State,* 15 Ariz. 125, 137 Pac. 550.

The last question for our consideration is whether the verdict was so excessive as to show passion and prejudice. The amount given plaintiff for his personal injuries was $5,600. Under all the evidence in the case, we cannot say that this amount was excessive.

The judgment is affirmed.

McALISTER and ROSS, JJ., concur.

[Civil No. 4410.   Filed December 1, 1941.]

[119 Pac. (2d) 233.]

LYNNE POWELL, Appellant, v. JAMES LANGFORD, a Minor, by A. B. LANGFORD, Guardian ad Litem, Appellee.

Mr. T. G. McKesson, for Appellant.

Messrs. Sloan, Scott & Green, for Appellee.

PER CURIAM.—This case was consolidated with *Lynne Powell, Appellant,* v. *A. B. Langford, Appellee, ante,* p. 281, 119 Pac. (2d) 230, both for the purpose of trial in the lower court and on appeal, and it

was stipulated that the decision herein should follow that in the case just cited.

The judgment of the lower court is, therefore, affirmed.

[Civil No. 4411. Filed December 1, 1941.]

[119 Pac. (2d) 233.]

LYNNE POWELL, Appellant, v. JOCOSA LANG-FORD and A. B. LANGFORD, Her Husband, Appellees.

Mr. T. G. McKesson, for Appellant.

Messrs. Sloan, Scott & Green, for Appellees.

PER CURIAM.—This case was consolidated with *Lynne Powell, Appellant,* v. *A. B. Langford, Appellee, ante,* p. 281, 119 Pac. (2d) 230, both for the purpose of trial in the lower court and on appeal, and it was stipulated that the decision herein should follow that in the case just cited.

The judgment of the lower court is, therefore, affirmed.